Entered: December 14th, 2022
Signed: December 14th, 2022

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| LB Walker, | * | Case No. 19-21966-LSS |
| | * | Chapter 7 |
| Debtor, | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | * | |
| LB Walker, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adv. Pro. No. 22-00118-LSS |
| | * | |
| Ellioit N. Lewis. PA, John Herbeck, and | * | |
| Neil Seldman, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING
### SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

On December 14, 2022, this adversary proceeding came before the Court for the initial pretrial conference. Plaintiff did not appear at the conference, but the Clerk's Office received a phone call from an individual claiming that Plaintiff had been admitted to the hospital. No proof of such hospitalization has been filed on the docket or otherwise provided to the Court. Further,

Plaintiff has not filed an Affidavit of Summons Service for any of the named Defendants. Accordingly, it is not clear whether Plaintiff is willing and able to prosecute this adversary proceeding. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that, no later than **Wednesday, December 28, 2022**, Plaintiff shall, in writing filed on the docket in this adversary proceeding, show cause why this adversary proceeding should not be dismissed for failure to prosecute; and it is further,

**ORDERED**, that unless Plaintiff shows sufficient cause as described above the Court may enter an order dismissing this adversary proceeding without further notice or a hearing.

cc:    All parties.

**END OF ORDER**