|  | _____RETAIN |
|---|---|
| **Lori S. Simpson , U. S. BANKRUPTCY JUDGE** | Evidentiary Hrg: Y N<br>Exhibits Filed: Y N |

PROCEEDING MEMO – ADVERSARY PROCEEDING

Date: 12/14/2022 Time: 10:00

**CASE: 22-00118 Walker v. Lewis. PA et al**

Related: 19-21966 LB Walker

PRO SE LB Walker (Plaintiff)

✓PRO SE Ellioit N. Lewis. PA ✓Jeff

Nesson attorney for Lewis (Defendant)

 PRO SE John Herbeck (Defendant)

PRO SE Neil Seldman (Defendant)

[1] Adversary case 22-00118. (21 (Validity, priority or extent of lien or other interest in property)) Complaint by LB Walker against Ellioit N. Lewis. PA, John Herbeck , Neil Seldman . The filing fee is EXEMPT – Plaintiff is the debtor in the Bankruptcy case .

**FILED BY** : LB Walker

SCHEDULE:

  1. Discovery cutoff:_____  6. Pretrial memos/exhibits:_____

  2. Dispositive motions:_____  7. Trial times est:_____days____hrs

  3. Status report due:_____  8. Trial date:_____time:_____

  4. Motions hrg. date:_____  9. Expert witness & Rpts:_____

  5. Final pretrial hrg:_____ 10. Reissue Summons:_____

DISPOSITION:

    Granted____Denied____Withdrawn____Default____Consent____Under Adv.____

    Adjourned / Continued to:_____at_____m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                       _____Withdrawn/ Dismissed/ Deny

Amount: $ _____      for want of Prosecution

                                 _____Day Settlement Order

_____Decision Reserved            _____Moot

_____Default / No Response          _____Soldiers and Sailors Affidavit Due

_____Show Cause Order               _____Other:_____

Adjourned / Continued to:_____at_____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____Defendant:_____


DECISION:

   [ ] Signed by Court         [ ] Filed by Counsel
   [ ] To be prepared by:
      [ ] plaintiff's counsel      [ ] Court
      [ ] defendant's counsel      [ ] Other _____

NOTES: Pre trial conf. Plaintiff did not appear.  Courthouse received call from individual stating that Mr. Walker admitted to hospital.  No affidavits of service.  Mr Nesson did state that his client was served by first class mail.  Court to issue show cause order.