IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND AT GREENBELT

|   |   |   |
|---|---|---|
| IN RE: LB WALKER, | : | |
| Debtor, | : | Case No.: 19-21966-LSS |
| | : | Chapter 7 |
| | | |
| LB WALKER, | : | |
| Plaintiff, | : | Adv. Pro. No. 22-00118-LSS |
| | : | |
| v. | : | |
| | : | |
| ELLIOT N. LEWIS, PA,, | : | |
| JOHN HERBECK, | : | |
| NEIL SELDMAN, | : | |
| Defendants. | : | |

**RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

COMES NOW DEBTOR/PLAINTIFF, LB WALKER, ("Debtor/Plaintiff" or "Walker") and respectfully moves this Honorable Court to vacate its Show Cause Order entered on December 14, 2022 in the above captioned Adversary Proceeding on grounds of excusable neglect beyond the reasonable control of Debtor/Plaintiff. Debtor/Plaintiff states the following in support of the grounds outlined above.

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C § 157 (a) and b (1) and 28 U.S.C. § 1334.

2. On December 14, 2022 the instant adversary case came before the Court for a pre-trial conference.

3. Prior to the commencement of the conference, a member of Debtor/Plaintiff's household called the Court and informed the Court that Debtor/Plaintiff had been

1

hospitalized on December 7, 2022 and was therefore unable to attend the pre-trial conference remotely.

4. On December 14, 2022 the U.S. Bankruptcy Court entered a Show Cause Order requiring Debtor/Plaintiff to show cause as to why the instant adversary proceeding should not be dismissed for failure to prosecute.

4. Walker was admitted to MedStar Georgetown University Hospital on or about December 7, 2022. Walker suffered a minor stroke and he had an infection. Walker was originally in intensive care; however, he has been downgraded. Walker remains in the Hospital until the week of 12/26-12/30/22, if not longer. A copy of Walker's Doctor's excuse is attached hereto as Exhibit No. 1.

5. Debtor/Plaintiff effectuated service of process upon all of the Defendants and the U.S. Trustee by certified mail return receipt. The original green cards, as well as, the Affidavits of Service have been filed in the Bankruptcy Court and copies have been attached hereto as Exhibit No. 2.

6. This Court may vacate its Show Cause Order for cause. Debtor/Plaintiff maintains that he has shown good cause as to why the Show Cause Order should be vacated on grounds of excusable neglect and that the Affidavits of Service have been filed in the Court. *Pioneer Inv. Servs v. Brunswick Assocs. Ltd. P'ship.*, 507 U.S. 380, 388, 395 (1993); Fed R. Bankr. P. 9006 (b) (1).

WHEREFORE the premises considered, Walker prays that the Court will vacate its Show Cause Order and permit this Adversary case to proceed on the merits.

Respectfully submitted,

_____
LB Walker
5305 59th Avenue,
Riverdale MD 20737
202-491-2940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  28th  day of  December, 2022 a true and exact copy of foregoing Response to Show Cause Order was mailed first class postage pre paid to Janet M. Nesse, Esq., 6411 Ivy Lane, Suite 200, Greenbelt, Maryland 20770; Neil Seldman, 3362 Tennyson Lane NW, Washington, DC 20015; John Herbeck, P.O. Box 21838, 27381 Evans Drive, Eastern Shore Judgment Recovery, Marion, Maryland  21838; and to Jeffrey P. Nesson, Esq., counsel for Elliott N. Lewis, 409 Washington Avenue, Suite 202 Townson, Maryland 21201.

_____
LB Walker



MedStar Health

WALKER, LB B
6305 59TH AVE
RIVERDALE, MD 20737

December 26, 2022

To whom it may concern:

Mr. Walker is a patient at MedStar who is receiving inpatient medical care at this time. He has been hospitalized since [illegible]. Upon discharge, he will likely continue to be unable to [illegible] longer. Please excuse him from [illegible].

If you have any concerns or questions, please feel free to contact me at (202) 202-444-2481 and ask to speak with his nurse or provider.

Exhibit No. 1




Exhibit No. 2







USPS Receipt — LAMMOND RIGGS, 6200 N CAPITOL ST NW, WASHINGTON, DC 20011-1408, (800)275-8777

11/29/2022                     05:14 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| 22 FD SM BL MLR | 1 | $1.89 | $1.89 |
| Priority Mail® Flat Rate Env — Baltimore, MD 21201 Flat Rate, Expected Delivery Date Wed 11/30/2022 | 1 | | $9.90 |
| Certified Mail® Tracking #: 70212720000266430590 | | | $4.00 |
| Return Receipt Tracking #: 9590 9402 7641 2122 9606 80 | | | $3.25 |
| Total | | | $17.15 |
| Priority Mail® Flat Rate Env — Greenbelt, MD 20770 Flat Rate, Expected Delivery Date Wed 11/30/2022 | 1 | | $9.90 |
| Certified Mail® Tracking #: 70212720000266430583 | | | $4.00 |
| Return Receipt Tracking #: 9590 9402 7641 2122 9607 03 | | | $3.25 |
| Total | | | $17.15 |
| Priority Mail® Flat Rate Env — Washington, DC 20015 Flat Rate, Expected Delivery Date Wed 11/30/2022 | 1 | | $9.90 |
| Certified Mail® Tracking #: 70212720000266430552 | | | $4.00 |
| Return Receipt Tracking #: 9590 9402 7641 2122 9606 97 | | | $3.25 |
| Total | | | $17.15 |

